IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Howard Jr, Norman | Case Number: 04 B 01167 |
| | Judge: Squires, John H |
| Printed: 7/1/08 | Filed: 1/12/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: April 9, 2008
Confirmed: March 3, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 26,456.19 | |
| Secured: | | 9,925.70 |
| Unsecured: | | 12,410.20 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 1,381.95 |
| Other Funds: | | 38.34 |
| Totals: | 26,456.19 | 26,456.19 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | RoundUp Funding LLC | Secured | 9,925.70 | 9,925.70 |
| 3. | United States Dept Of Education | Unsecured | 796.09 | 4,270.74 |
| 4. | Peoples Energy Corp | Unsecured | 201.66 | 102.98 |
| 5. | Resurgent Capital Services | Unsecured | 609.93 | 3,272.12 |
| 6. | RoundUp Funding LLC | Unsecured | 665.17 | 3,568.41 |
| 7. | Asset Acceptance | Unsecured | 53.54 | 281.38 |
| 8. | MCSI | Unsecured | 25.00 | 120.37 |
| 9. | SBC | Unsecured | 23.82 | 125.18 |
| 10. | OSI Collection Svc Inc | Unsecured | 127.31 | 669.02 |
| 11. | DeVry Institute of Technology | Unsecured | 0.00 | 0.00 |
| 12. | Bank One | Unsecured | | No Claim Filed |
| 13. | Citibank | Unsecured | | No Claim Filed |
| 14. | Michael Reese Hospital | Unsecured | | No Claim Filed |
| 15. | First Premier | Unsecured | | No Claim Filed |
| 16. | Illinois Insurance Center | Unsecured | | No Claim Filed |
| 17. | University of Chicago Hospital | Unsecured | | No Claim Filed |
| 18. | Village of Lansing | Unsecured | | No Claim Filed |
| 19. | TCF Bank | Unsecured | | No Claim Filed |
| 20. | Sprint | Unsecured | | No Claim Filed |
| 21. | University of Chicago Hospital | Unsecured | | No Claim Filed |
| 22. | University of Chicago Hospital | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 15,128.22 | $ 25,035.90 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Howard Jr, Norman

Printed:  7/1/08

Case Number:  04 B 01167
Judge:  Squires, John H
Filed:  1/12/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 128.27 |
| 4% | 85.64 |
| 6.5% | 307.79 |
| 3% | 48.18 |
| 5.5% | 286.11 |
| 5% | 99.92 |
| 4.8% | 167.01 |
| 5.4% | 259.03 |
| | _____ |
| | $ 1,381.95 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

